

## Consumers Company, Appellee, v. Belsan Plastering Company, Appellant.

Gen.` No. 44,358. 

opinion filed March 29, 1948; released for publication April 9, 1948. Jesse Marcus, for appellant; Jaffe & Green, for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.

## Estelle R. Firebaugh et al., Appellants, v. Francis W. McGovern et al., Appellees.

Gen. No. 44,376. 

opinion filed March 29, 1948; released for publication April 9, 1948. Arthur Abraham, for appellants; Wm. E. Moran and Sherman & Lewis, for appellees; Irving S. Abrams, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.

## Mary A. Young, Appellant, v. Knickerbocker Hotel Company, Appellee.

### Gen. No. 44,295.

opinion filed March 29, 1948; rehearing denied April 9, 1948; released for publication April 9, 1948. Winston, Strawn & Shaw and Miller, Westervelt, Johnson & Thomason, for appellant; George B. Christensen, Gerard E. Grashorn, Edward J. Wendrow and Eugene R. Johnson, of counsel; O'Brien, Hanrahan & Keogh, for appellee; Richard E. Keogh and John D. Pope, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full.